ACCEPTED
05-23-00100-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/16/2023 6:14 PM
RUBEN MORIN
CLERK

COURT OF APPEALS NO. 05-23-00100-CV
TRIAL COURT CAUSE NO. 471-04473-2020

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/16/2023 6:14:12 PM
Ruben Morin
Clerk

| | | |
|---|---|---|
| MGO, LLC | § | IN THE 5TH COURT |
| *APPELLANT,* | § | |
| | § | |
| V. | § | OF APPEALS |
| | § | |
| ACCESSOLOGY TOO, LLC, KRISTI | § | |
| AVALOS, INDIVIDUALLY, THOMAS | § | |
| AVALOS, INDIVIDUALLY, OVATIONS | § | |
| ACADEMY, A TEXAS NONPROFIT | § | |
| CORPORATION, | § | |
| *APPELLEE* | § | DALLAS, TEXAS |

APPELLEES' THIRD MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellees' Accessology Too, LLC, Kristi Avalos, Individually, and Thomas Avalos, Individually, by and through their attorney of record, W. Chandler Cramer, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and files this *Third Motion to Extend Time to File Appellee's Brief* and would respectfully show the Court as follows:

1. This Case is on appeal from the 471st Judicial District Court.

2. Appellant filed its brief on July 17, 2023.

3. Appellees' brief is due October 16, 2023. Appellees' were previously given two (2) extensions.

4. Appellees request a 30-day extension, which would make the brief due on November 15, 2023.

5.	Appellees' counsel is requesting a 30-day extension because Appellees' recently hired W. Chandler Cramer on October 16, 2023 and he has been unable to complete the research and drafting necessary to respond to Appellant's brief. In accordance with Texas Rule of Appellate Procedure 10.5(b) and *Hone v. Hanafine*, 104 S.W.3d 884, 886 (Tex. 2003), Appellees move this Court for a third extension to file its brief to November 15, 2023. Appellees' failure to file the brief by October 16, 2023 was not deliberate or intentional. Appellee's were unable to find and hire additional counsel within enough time for the additional counsel to prepare and file the brief between the September 15, 2023 deadline and the October 16, 2023 extended deadline. Appellees' desire to file a brief and respectfully request a third extension of time to do so.

6.	Alternatively, Appellees' would respectfully request a 15-day extension to file its brief on October 31, 2023. This would allow Appellees' to file a brief without delaying this cause.

Accordingly, Appellees request an extension until November 15, 2023, or, alternatively until October 31, 2023, to file its responsive brief in this cause.

Respectfully submitted,

CRAMER-LEGAL, PLLC
1901 Central Drive, Suite 417
Bedford, Texas 76021

*/s/ W. Chandler Cramer*
W. Chandler Cramer
Bar no: 24125186
Phone: (940) 453-5827
Fax: (940) 205-5024
Email: chandler@cramer-legal.com

**Certificate of Conference**

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I made a reasonable attempt to confer with all other parties about the merits of the motion and whether those parties oppose the motion. I called Niles Illich's office twice but was unable to reach him on the afternoon of October 16, 2023.

*/s/ W. Chandler Cramer*
W. Chandler Cramer

**Certificate of Service**

I certify that a true copy of this document was served via electronic filing manager in accordance with the Texas Rules of Appellate Procedure on all counsel on October 16, 2023.

*/s/ W. Chandler Cramer*
W. Chandler Cramer

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

William Cramer on behalf of William Cramer
Bar No. 24125186
williamcramer@tamu.edu
Envelope ID: 80649882
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/17/2023 7:14 AM CST

Associated Case Party: Accessology Too, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Graham | | eservice@joshuagraham.com | 10/16/2023 6:14:12 PM | SENT |
| W. Chandler Cramer | | chandler@cramer-legal.com | 10/16/2023 6:14:12 PM | SENT |

Associated Case Party: Thomas Avalos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Graham | | eservice@joshuagraham.com | 10/16/2023 6:14:12 PM | SENT |

Associated Case Party: Kristi Avalos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Graham | | eservice@joshuagraham.com | 10/16/2023 6:14:12 PM | SENT |

Associated Case Party: MGO, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| NIles Illich | | niles@scottpalmerlaw.com | 10/16/2023 6:14:12 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joshua Graham | | jsg@joshuagraham.com | 10/16/2023 6:14:12 PM | SENT |
| Robert Richardson | | ed@richardsonfirm.net | 10/16/2023 6:14:12 PM | SENT |
| Lauren Lewison | | lauren@scottpalmerlaw.com | 10/16/2023 6:14:12 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

William Cramer on behalf of William Cramer
Bar No. 24125186
williamcramer@tamu.edu
Envelope ID: 80649882
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/17/2023 7:14 AM CST

Associated Case Party: Ovations Academy, a Texas Nonprofit Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin Smith | | kcsmith@joshuagraham.com | 10/16/2023 6:14:12 PM | SENT |